TRANSAMERICA LIFE INSURANCE
COMPANY

VERSUS

BRUCE FUSELIER JR. AND TONYA I.
GEGENHEIMER

NO. 23-CA-138

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

*Linda Wiseman*
First Deputy Clerk

December 15, 2023

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, and Marc E. Johnson

**DENIED.**

**SMC**
**FHW**
**MEJ**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **12/15/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-CA-138**

### E-NOTIFIED
24th Judicial District Court (Clerk)

Gretchen F. Richards (Appellee)          Richard E. McCormack (Appellee)          John E. Sudderth (Appellant)
Kate C. Casanova (Appellant)             Leo M. Prange, III (Appellant)

### MAILED
Honorable  Robert J. Burns,              Edward W. Trapolin (Appellee)
Judge Pro Tempore (District Judge)       Kelly Gayle Juneau Rookard (Appellee)
Judge Division "D"                       Attorney at Law
24th Judicial District Court             400 Poydras Street
4th Floor, Suite 4100                    Suite 2700
Gretna, LA 70053                         New Orleans, LA 70130